**[PROPOSED] ORDER**

The substitution of attorney is hereby approved and so ORDERED.

Dated: 9/26/11

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*