| | |
|---|---|
| 1 | MICHAEL L. MALLOW (SBN 188745) |
|   | mmallow@loeb.com |
| 2 | CHRISTINE M. REILLY (SBN 226388) |
|   | creilly@loeb.com |
| 3 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Boulevard, Suite 2200 |
| 4 | Los Angeles, California 90067-4120 |
|   | Telephone:  310-282-2000 |
| 5 | Facsimile:   310-282-2200 |

Attorneys for Defendants
EDebitPay, LLC, Platinum Online Group, LLC, Dale Paul Cleveland, and William Richard Wilson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DEFFENBAUGH, ALLAN WYATT, and DANNIE BRASWELL, individually and on behalf of a class of similarly situated persons, | Case No.  CV 11 3024 EMC |
| Plaintiffs, | |
| vs. | **STIPULATION EXTENDING TIME FOR EDP DEFENDANTS TO RESPOND TO COMPLAINT BY OCTOBER 17, 2011**  ; ORDER |
| EDEBITPAY, LLC, a Nevada Limited Liability Company, PLATINUM ONLINE GROUP, LLC, a California Limited Liability Company, DALE PAUL CLEVELAND, an individual, WILLIAM RICHARD WILSON, an individual, FIRST BANK OF DELAWARE, a Delaware Corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

1  On August 19, 2011, Plaintiffs Deborah Deffenbaugh, Allan Wyatt, and
2  Dannie Braswell ("Plaintiffs") filed a First Amended Complaint adding additional
3  claims and parties, including First Bank of Delaware and individual Defendants
4  Dale Paul Cleveland and William Richard Wilson.

5  Defendants EDebitPay, LLC and Platinum Online Group, LLC's response is
6  currently due by September 28, 2011.

7  IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants
8  EDebitPay LLC, Platinum Online Group, LLC, Dale Paul Cleveland, and William
9  Richard Wilson ("EDP Defendants") that EDP Defendants shall file an answer or
10  joinder of no more than two pages to any motion filed by Defendant First Bank of
11  Delaware by October 17, 2011.

13  Dated: September 28, 2011        LOEB & LOEB LLP

15                                   By   /s/ Christine M. Reilly
                                     Attorneys for Defendants
16                                   EDebitPay, LLC, Platinum Online
                                     Group, LLC, Dale Paul Cleveland, and
17                                   William Richard Wilson

19  Dated: September 28, 2011        KRONENBERGER BURGOYNE, LLP

21                                   By   /s/ Jeffrey Rosenfeld
                                     Attorneys for Plaintiffs
22                                   Deborah Deffenbaugh, Allan Wyatt,
                                     and Dannie Braswell

25  IT IS SO ORDERED.

27  _____
    Edward M. Chen
28  U.S. District Judge

**IT IS SO ORDERED**
Judge Edward M. Chen