1  **KRONENBERGER BURGOYNE, LLP**

2  Karl S. Kronenberger (CA Bar No. 226112)
   Henry M. Burgoyne, III (CA Bar No. 203748)

3  Jeffrey M. Rosenfeld (CA Bar No. 222187)
   150 Post Street, Suite 520

4  San Francisco, CA 94108
   Telephone: (415) 955-1155

5  Facsimile: (415) 955-1158
   karl@KBInternetLaw.com

6  hank@KBInternetLaw.com
   jeff@KBInternetLaw.com

7

8  Attorneys for Plaintiffs Deborah Deffenbaugh,
   Allan Wyatt, and Dannie Braswell

9

10                **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  **DEBORAH DEFFENBAUGH, ALLAN**          Case No. CV-11-3024 (EMC)
    **WYATT,** and **DANNIE BRASWELL**,

14  individually and on behalf of a class of
    similarly situated persons,                **NOTICE OF VOLUNTARY**

15                                              **DISMISSAL**
                    Plaintiffs,

16
            vs.

17

18  **EDEBITPAY, L.L.C.**, a Nevada Limited
    Liability Company, **PLATINUM ONLINE**

19  **GROUP, LLC**, a California Limited
    Liability Company, **DALE PAUL**

20  **CLEVELAND**, an individual, **WILLIAM**
    **RICHARD WILSON**, an individual, **FIRST**

21  **BANK OF DELAWARE**, a Delaware
    Corporation and **DOES 1-10**, inclusive,

22
                    Defendants.

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Deborah Deffenbaugh, Allan Wyatt, and Dannie Braswell, through their designated counsel, hereby voluntarily dismiss this action as to Defendant First Bank of Delaware only.

Respectfully Submitted,

DATED:  October 14, 2011                    **KRONENBERGER BURGOYNE, LLP**


By:   s/Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys for Plaintiffs

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com