UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DEBORAH DEFFENBAUGH, et al.,<br>　　　　Plaintiffs, | No. C 11-3024 EMC |
| 　　v.<br>EDEBITPAY, LLC, et al.,<br>　　　　Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　January 24, 2012<br>Mediator:　　Martin Quinn |

　　IT IS HEREBY ORDERED that the request to excuse plaintiffs Deborah Deffenbaugh, Allan Wyatt and Dannie Braswell from appearing in person at the January 24, 2012 mediation before Martin Quinn is GRANTED. The plaintiffs shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　IT IS SO ORDERED.

December 13, 2011　　　　　　　By:　　　　　　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge