**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Virginia A. Sanderson (CA Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiffs Deborah Deffenbaugh,
Allan Wyatt, and Dannie Braswell

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH DEFFENBAUGH *et al.*,**<br><br>   Plaintiffs,<br><br>vs.<br><br>**EDEBITPAY, LLC,** *et al.*<br><br>   Defendants. | Case No. CV-11-3024 (EMC)<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION AND DATE OF CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, on October 28, 2011 this Court entered Civil Minutes that referred
2 the parties to mediation to be completed by December 26, 2011 [D.E. 33];

3  WHEREAS, a case management conference is currently scheduled for January
4 6, 2012 at 10:30 a.m. [D.E. 33];

5  WHEREAS, Martin Quinn of JAMS has been appointed as the mediator for this
6 action;

7  WHEREAS, plaintiff's counsel in a related case, *White v. EDebitPay LLC, et al.*
8 Case No. 2:11-cv-06738 (C.D. Cal.) will be participating in the mediation in an effort to
9 reach an omnibus settlement;

10  WHEREAS, given the holiday schedule, counsel's prior commitments and travel
11 plans, and Mr. Quinn's schedule, the parties and the mediator have agreed to
12 participate in a mediation on January 24, 2012;

13  WHEREAS, the parties request, and Mr. Quinn consents, to the extension of the
14 last day to complete mediation until January 25, 2012.

15  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Deborah
16 Deffenbaugh, Allan Wyatt, and Dannie Braswell and Defendants EDebitPay, LLC,
17 Platinum Online Group, LLC, Dale Paul Cleveland, and William Richard Wilson, through
18 their counsel of record that:

19  1.  The deadline to complete mediation shall be continued to January 25,
20 2012;

21  2.  The case management conference shall be continued to February 3, 2012
22 at 1~~0:30 a.m.~~ or another date and time as set by the Court; and
23  9:00 a.m.

24
25
26 //
27 //
28 //

Case No. CV-11-3024 (EMC)  2  **STIP AND [PROP] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION/CMC**

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com

3. The parties' updated joint case management statement, currently due by December 30, 2011, shall be filed by January 27, 2012.

IT IS SO STIPULATED.

DATED: December 20, 2011

**KRONENBERGER ROSENFELD, LLP**

By: s/Karl S. Kronenberger
Karl S. Kronenberger

Attorneys for Plaintiffs

DATED: December 20, 2011

**LOEB & LOEB LLP**

By: /s/ Christine M. Reilly
Christine Reilly

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: 12/22, 2011

_____
District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Case No. CV-11-3024 (EMC)     3     **STIP AND [PROP] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION/CMC**