**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Virginia A. Sanderson (CA Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiffs Deborah Deffenbaugh,
Allan Wyatt, and Dannie Braswell

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEBORAH DEFFENBAUGH *et al.*,** | Case No. CV-11-3024 (EMC) |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PR~~OP~~OS~~~~ED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION AND DATE OF CASE MANAGEMENT CONFERENCE** |
| **EDEBITPAY, LLC,** *et al.* | |
| Defendants. | |

Case No. CV-11-3024 (EMC)    **STIP AND [PROP] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION/CMC**

1  WHEREAS, on October 28, 2011 this Court entered Civil Minutes that referred
2  the parties to mediation to be completed by December 26, 2011 [D.E. 33];

3  WHEREAS, a case management conference is currently scheduled for January
4  6, 2012 at 10:30 a.m. [D.E. 33];

5  WHEREAS, Martin Quinn of JAMS has been appointed as the mediator for this
6  action;

7  WHEREAS, plaintiff's counsel in a related case, *White v. EDebitPay LLC, et al.*
8  Case No. 2:11-cv-06738 (C.D. Cal.) will be participating in the mediation in an effort to
9  reach an omnibus settlement;

10  WHEREAS, given the holiday schedule, counsel's prior commitments and travel
11  plans, and Mr. Quinn's schedule, the parties and the mediator have agreed to
12  participate in a mediation on January 24, 2012;

13  WHEREAS, the parties request, and Mr. Quinn consents, to the extension of the
14  last day to complete mediation until January 25, 2012.

15  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Deborah
16  Deffenbaugh, Allan Wyatt, and Dannie Braswell and Defendants EDebitPay, LLC,
17  Platinum Online Group, LLC, Dale Paul Cleveland, and William Richard Wilson, through
18  their counsel of record that:

19  1.  The deadline to complete mediation shall be continued to January 25,
20  2012;

21  2.  The case management conference shall be continued to February 3, 2012
22  at 1~~0:30 a.~~m. or another date and time as set by the Court; and
23  9:00 a.m.

24
25
26  //
27  //
28  //

Case No. CV-11-3024 (EMC)     2     **STIP AND [PROP] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION/CMC**

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com

1     3.     The parties' updated joint case management statement, currently due by
2 December 30, 2011, shall be filed by January 27, 2012.

4 IT IS SO STIPULATED.

6 DATED: December 20, 2011                              DATED: December 20, 2011
7 **KRONENBERGER ROSENFELD, LLP**                      **LOEB & LOEB LLP**

9 By:    s/Karl S. Kronenberger                         By:    /s/ Christine M. Reilly
         Karl S. Kronenberger                                   Christine Reilly
10
Attorneys for Plaintiffs                                Attorneys for Defendants

13 **IT IS SO ORDERED.**

14 DATED:    12/22    , 2011

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
_____ District Court Judge

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com