1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (CA Bar No. 226112)
   Jeffrey M. Rosenfeld (CA Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@KRInternetLaw.com
6  jeff@KRInternetLaw.com

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH DEFFENBAUGH, ALLAN WYATT,** and **DANNIE BRASWELL**, individually and on behalf of a class of similarly situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> **EDEBITPAY, L.L.C.**, a Nevada Limited Liability Company, **PLATINUM ONLINE GROUP, LLC**, a California Limited Liability Company, **DALE PAUL CLEVELAND**, an individual, **WILLIAM RICHARD WILSON**, an individual and **DOES 1-10**, inclusive, <br><br> Defendants. | Case No. CV-11-3024 (YGR) <br><br> **STIPULATION OF DISMISSAL** |

Case No. CV-11-3024 (YGR)   **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED between Plaintiffs Deborah Deffenbaugh, Allan Wyatt, and Dannie Braswell (collectively, "Plaintiffs") and Defendants EDebitPay, L.L.C., Platinum Online Group, LLC, Dale Paul Cleveland, and William Richard Wilson (collectively, "Defendants"), by and through their undersigned counsel, that the above-captioned action and all claims are hereby dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Respectfully Submitted,

DATED: March 13, 2012 **KRONENBERGER ROSENFELD, LLP**

By: s/ Karl S. Kronenberger
 Karl S. Kronenberger

Attorneys for Plaintiffs

DATED: March 13, 2012 **LOEB & LOEB LLP**

By: s/ Christine M. Reilly
 Christine M. Reilly

Attorneys for Defendants EDebitPay, L.L.C., Platinum Online Group, LLC, Dale Paul Cleveland, William Richard Wilson





## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to General Order No. 45, Part X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Respectfully Submitted,

DATED:  March 13, 2012                                      **KRONENBERGER ROSENFELD, LLP**


By:  _____s/ Karl S. Kronenberger_____
             Karl S. Kronenberger

Attorneys for Plaintiffs