**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH DEFFENBAUGH, ALLAN WYATT,** and **DANNIE BRASWELL**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**EDEBITPAY, L.L.C.**, a Nevada Limited Liability Company, **PLATINUM ONLINE GROUP, LLC**, a California Limited Liability Company, **DALE PAUL CLEVELAND**, an individual, **WILLIAM RICHARD WILSON**, an individual and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. CV-11-3024 (YGR)<br><br>**STIPULATION OF DISMISSAL** AND ORDER |

IT IS HEREBY STIPULATED between Plaintiffs Deborah Deffenbaugh, Allan Wyatt, and Dannie Braswell (collectively, "Plaintiffs") and Defendants EDebitPay, L.L.C., Platinum Online Group, LLC, Dale Paul Cleveland, and William Richard Wilson (collectively, "Defendants"), by and through their undersigned counsel, that the above-captioned action and all claims are hereby dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Respectfully Submitted,

DATED: March 13, 2012            **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
         Karl S. Kronenberger

Attorneys for Plaintiffs

DATED: March 13, 2012            **LOEB & LOEB LLP**

By:   s/ Christine M. Reilly
         Christine M. Reilly

Attorneys for Defendants EDebitPay, L.L.C., Platinum Online Group, LLC, Dale Paul Cleveland, William Richard Wilson

IT IS SO ORDERED

Date: March 14, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Case No. CV-11-3024 (YGR)           1           **STIPULATION OF DISMISSAL**

Case 4:11-cv-03024-YGR   Document 51   Filed 03/14/12   Page 3 of 3

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Part X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Respectfully Submitted,

DATED: March 13, 2012                     **KRONENBERGER ROSENFELD, LLP**


By: _____s/ Karl S. Kronenberger_____
       Karl S. Kronenberger

Attorneys for Plaintiffs



Case No. CV-11-3024 (YGR)                     2                     **STIPULATION OF DISMISSAL**